IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MICHAEL ETHAN RAMOS, #300061, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL CASE NO. 2:20-cv-936-ECM <br> ) (WO) |
| JEFFERSON S. DUNN, *et al.*, | ) |
| Defendants. | ) |

**MEMORANDUM OPINION and ORDER**

On March 22, 2022, the Magistrate Judge entered a Recommendation (doc. 61) to which no timely objections have been filed. Upon an independent review of the file and upon consideration of the Recommendation, it is

ORDERED that the Recommendation of the Magistrate Judge is ADOPTED, and this case is DISMISSED without prejudice for the Plaintiff's failure to comply with the orders of the Court.

A separate Final Judgment will be entered.

DONE this 11th day of April, 2022.

/s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE